UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SHEILA J. ZAMBON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:17-CV-377-TAV-HBG |
| | ) | |
| DOLLAR TREE PIGEON FORGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons explained in the memorandum opinion filed contemporaneously with this order, the Court hereby **ORDERS** as follows: (1) defendants' renewed motion to dismiss for insufficient service of process [Doc. 31] is **DENIED AS MOOT**; (2) plaintiff's motion for reconsideration and disqualification [Doc. 32] is **DENIED**; (3) defendants' motion to dismiss for lack of subject-matter jurisdiction and for failure to state a claim [Doc. 34] is **GRANTED**; (4) plaintiff's motion for reconsideration and a stay of proceedings [Doc. 36] is **DENIED**; (5) plaintiff's motion to reaffirm disqualification [Doc. 39] is **DENIED**; (6) all claims in plaintiff's amended complaint [Docs. 2, 7] are **DISMISSED WITHOUT PREJUDICE**; and (7) the Clerk of Court is **DIRECTED** to **CLOSE** this case. Furthermore, the Court **CERTIFIES** that any appeal from this decision would be totally frivolous and would not be taken in good faith. Accordingly, should plaintiff seek leave to appeal *in forma pauperis*, such a motion will be **DENIED**. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
s/ John L. Medearis
CLERK OF COURT